UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:06-cr-00050-LRH-VPC |
| Plaintiff, ) | |
| ) | MINUTES OF THE COURT |
| vs. ) | |
| ) | November 19, 2007 |
| PHILIP NICHOLAS MANIATIS, ) | |
| aka David Alan Smith; Vincent Nikkolas ) | |
| Stephanopolis, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PRESENT:

THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  ROSEMARIE MILLER        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):         NONE APPEARING

COUNSEL FOR DEFENDANT(S):         NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Before the court is Defendant's Motion to Commute House Arrest (#64). No opposition has been filed. The motion was referred to the U.S. Probation Office, which has responded that it is not adverse to early termination of electronic monitoring and house arrest. It also appears that Defendant has successfully served on probation to date and is gainfully employed.

    Good cause appearing, Defendant's Motion to Commute House Arrest (#64) is GRANTED. Defendant shall be relieved from house arrest and electronic monitoring immediately.

                                              LANCE S. WILSON, CLERK

                                        By:       /s/
                                                Deputy Clerk